# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152190

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEMARCUS JOVON WATKINS,
      Defendant-Appellant.

SC: 152190
COA: 320318
Saginaw CC: 13-038965-FC

_____/

      On order of the Court, the application for leave to appeal the July 9, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016



Clerk

s0518